IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES DIETZ, Administrator of the Estates of JOHN KENNETH LALLO, SR., Deceased, and DIANA CHRISTINE CEO LALLO, Deceased, et al.,** | : : : : : | **CIVIL ACTION** |
| **Plaintiffs** | : : | |
| vs. | : : | NO. 15-4324 |
| **AVCO CORP., et al.,** | : | |
| **Defendants** | : | |

**O R D E R**

**AND NOW,** this 10th day of March, 2016, upon consideration of the plaintiffs' motion to remand (Document #18), and the response of Defendant Continental Motors, Inc. (Document #27), IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that this action is REMANDED to the Court of Common Pleas of Philadelphia County. The plaintiffs' request for attorney's fees and costs is DENIED.

The Clerk of Court is directed to transmit all original documents in this action to the Court of Common Pleas of Philadelphia County, and to mark this case CLOSED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.